UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SPENCER RANDALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 1:18-cv-00086-DBH |
| v. | ) |
| | ) |
| MAS MEDICAL STAFFING CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION OF DISMISSAL**

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated: December 10, 2018

/s/ Allan K. Townsend
Allan K. Townsend
Attorney for the Plaintiff

Maine Employee Rights Group
92 Exchange Street
Portland, Maine 04101
Tele. (207) 874-0905
atownsend@maineemployeerights.com

/s/ Tawny L. Alvarez
Tawny L. Alvarez, Esq., Bar No. 5173
Verrill Dana, LLP
One Portland Square
PO Box 586
Portland ME 04112-0586
Phone: 207/774-4000
Fax: 207/774-7499
talvarez@verrilldana.com
Attorney for Defendant, MAS Medical Staffing